UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEROME D. WALTON (#547176)                                    CIVIL ACTION

VERSUS

RIVERBEND DETENTION CENTER,                      NO. 21-00377-BAJ-RLB
ET AL.

## RULING AND ORDER

Plaintiff is an inmate currently incarcerated at the Rayville Detention Center, in Rayville, Louisiana. On February 22, 2021, Plaintiff initiated this *pro se* action alleging that he was assaulted by prison guards while detained in a separate facility, in violation of the Eighth Amendment's prohibition against cruel and unusual punishment. (Doc. 1).

On February 8, 2022, the Magistrate Judge issued an order requiring Plaintiff to show cause in writing within 21 days why his claims should not be dismissed for failure to serve the defendants to this action within the time allowed by Federal Rule of Civil Procedure 4(m). (Doc. 15). This February 8 show cause order expressly warned that failure to file a timely response may result in dismissal of this action without further notice. (*Id.*).

Plaintiff failed to submit a response to the February 8 show cause order. Accordingly, on March 14, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 16)** recommending that Plaintiff's action be dismissed without prejudice due to Plaintiff's failure to timely serve the defendants (or, for that

matter, even request that service be affected). Plaintiff does not object to the Report and Recommendation.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to serve the defendants as required by Federal Rule of Civil Procedure 4(m).

Judgment will issue separately.

Baton Rouge, Louisiana, this 13th day of April, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**